UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CORLIMA RENEE COLQUITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:11-CV-1460-JCH |
| ) | |
| ST. JOHN'S MERCY HEALTH SERVICE, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF PARTIAL DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that, as to defendants Mary Lehmann, Catherine Amen, Leah Lambert, Matthew Titus, and Patrick Berry, this action is **DISMISSED**, without prejudice. See 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this Order would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 31st day of August, 2011.


/s/Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**