UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CORLIMA RENEE COLQUITT,      ) | |
| ) | |
| Plaintiff(s),      ) | |
| ) | |
| vs.      ) | Case No. 4:11CV1460 JCH |
| ) | |
| ST. JOHN'S MERCY HEALTH      ) | |
| SERVICE, et al.,      ) | |
| ) | |
| Defendant(s).      ) | |

**ORDER**

This matter is before the Court upon its review of the record.  On October 3, 2011, Defendant filed a Motion to Dismiss portions of Plaintiff's Complaint.  (ECF No. 9).  To date, Plaintiff has not responded to Defendant's motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is granted until **Monday, November 7, 2011**, within which to file her response to Defendant's Motion to Dismiss (ECF No. 9).  Failure to do so will result in the Court's ruling on Defendant's unopposed motion.

Dated this 17th day of October, 2011.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE